In the Matter of the Claim of GERTRUDE S. AHERN, Respondent, against SOUTH BUFFALO RAILWAY COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted April 9, 1951; decided June 1, 1951.

*Hoyt A. Moore, Albert R. Connelly, Jack W. Robbins* and *Joseph W. Marlow* for motion.

No one opposed.

Motion denied, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.